788 A.2d 955

**Robert TALKISH, Barbara Talkish, William Milton and Mildred Milton,**

v.

**ZONING HEARING BOARD OF HARBORCREEK TOWNSHIP and Brookside Fire Company,**

v.

**Township of Harborcreek.**

**Appeal of Robert Talkish, Barbara Talkish, William Milton, and Mildred Milton.**

Supreme Court of Pennsylvania.

Argued March 5, 2001.

Decided Dec. 18, 2001.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NIGRO and Justice NEWMAN did not participate in the consideration or decision of this matter.